UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                              :
:
-v-                                  :        20-CR-135-4 (JMF)
:
DAVONTE BROWN,                                        :        ORDER
:
Defendant.                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed on the record during the teleconference held yesterday, the Government's motion is granted to the extent it asks the Court to order Defendant Davonte Brown detained pending trial, but denied to the extent that it seeks immediate remand because the Court finds that there is a "compelling reason" justifying Defendant's "temporary release" under the existing terms and conditions. *See* 18 U.S.C. § 3142(i). Defendant is cautioned — as he was during the teleconference — that, if he violates the terms of his pretrial release in any way, the balance may shift and the Court may conclude that remand is indeed appropriate.

**Defendant shall surrender to the U.S. Marshals at 500 Pearl Street by 2:00 p.m. on June 29, 2020, unless the Court finds prior to that date — pursuant to a letter motion filed by Defendant — that "compelling" reasons still exist to extend the Defendant's release.**

The Clerk of Court is directed to terminate ECF No. 99.

SO ORDERED.

Dated: May 1, 2020
       New York, New York
                                                        _____
                                                              JESSE M. FURMAN
                                                        United States District Judge