UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
UNITED STATES OF AMERICA                        :
        :
       -v-                                 :          20-CR-135-4 (JMF)
        :
DAVONTE BROWN,                              :          <u>ORDER</u>
        :
                Defendant.          :
        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In accordance with the Court's memorandum endorsement of September 17, 2020, Sarah Sacks is hereby appointed pursuant to the Criminal Justice Act to represent Defendant Davonte Brown.  *See* ECF No. 227.  Ms. Sacks shall serve as co-counsel with James R. DeVita until Mr. DeVita's retirement, at which point she will stay on as counsel.

       SO ORDERED.

Dated: September 18, 2020
       New York, New York                                _____
                                                          JESSE M. FURMAN
                                                   United States District Judge