# LAW OFFICES OF JAMES R. DeVITA, PLLC

**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
**(914) 328-5000**
**FAX (914) 946-5906**
**E-Mail:   jdevita@jamesrdevitalaw.com**

Application GRANTED. The Court
congratulates counsel on his
retirement. The Clerk of Court is
directed to terminate Doc. #307. SO
ORDERED.

December 8, 2020

December 8, 2020

**VIA  ECF**

Honorable Jesse M. Furman
United States District Judge for the Southern District of New York
*United* States Courthouse
40 Centre St.
New York, New York 10007

Re:  *United States v. Alexander Arguedas, et al. (Davonte Brown),* 20 Cr. 135 (JMF)

Dear Judge Furman:

I am co-counsel assigned under the Criminal Justice Act to represent defendant Davonte Brown in the above referenced matter.  I write for two purposes:  (1) to advise the Court, in accordance with Your Honor's November 6, 2020 Order (Document 269), that Mr. Brown has been advised by my co-counsel, Sarah Sacks, Esq., of the March 7, 2022 trial date set by the Court; and (2) to ask to be relieved as co-counsel to Mr. Brown.

As I advised the Court in my September 16, 2020 application for assignment of co-counsel (Document 226), I will be retiring as of December 31, 2020.  On September 18, 2020, the Court assigned Ms. Sacks to work with me through the end of the year, and to assume the representation of Mr. Brown thereafter (Document 228)  Since then, Ms. Sacks and I have been working together.  I am now in the process of winding down my law practice and respectfully request that I be relieved as co-counsel to Mr. Brown at this time.   Ms. Sacks and I discussed this transition with Mr. Brown and he has no objection.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:   Assistant United States Attorney Andrew Chan (by ECF)
      Assistant United States Attorney Danielle Sassoon (by ECF)
      Sarah Sacks, Esq. (by email)
      All counsel (by ECF)