# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET
### SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

June 4, 2021

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Filed on ECF

<u>United States v. Devonte Brown</u>
20 Cr. 135 (JMF)

Dear Judge Furman:

    We represent the defendant, Davonte Brown, under the Criminal Justice Act.  We wish to advise the Court that Mr. Brown has received his second dose of the Moderna vaccine for COVID-19 and will be "fully vaccinated" by June14th, the date the most recent extension of his special release conditions of home incarceration is due to expire.

    We have advised the Government and wish to hereby advise the Court that Mr. Brown will not be seeking any further extension of his release and will be surrendering to the United States Marshals on that date.

    Mr. Brown has asked us to express his appreciation to the Court for allowing him to remain out of jail custody during the most dangerous part of the pandemic and to spend this period of home incarceration being with and caring for his three-year-old daughter, which enabled his child's mother to attend her job.  He hopes that surrendering at this time will help speed the day he can return home to his daughter and his family.

    We also wish to express our thanks to the Court and its agency, US Pretrial Services, for enabling counsel to communicate and meet with our client during this difficult period.  Such access was indispensable in helping us learn his unique history, observe his growth, and reach the plea agreement which resolved his case.

                                                              Very truly yours,

                                               *Sarah M. Sacks and Bennett M. Epstein*