# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET
### SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

August 14, 2021

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Filed on ECF

<u>United States v. Devonte Brown</u>
20 Cr. 135 (JMF)

Dear Judge Furman:

    We represent the defendant, Davonte Brown, pursuant to the Criminal Justice Act. Mr. Brown is scheduled to be sentenced by the Court on August 26, 2021. Accompanying this letter is our sentencing memorandum on his behalf. Under the Court's individual rules, the date for submission was August 12, 2021. On that day we notified the Government, per AUSA Andrew Chan, that we intended to file of our memorandum today, and Mr. Chan graciously consented. We agreed to offer him the same courtesy, if needed.

    The purpose of this letter is to formally request the Court's permission for this brief lateness in submission. The primary reason was the accessibility of our client, who is incarcerated at MDC, and our ability to schedule an interview room for the purpose of reviewing the final PSR and our memorandum with him, followed by the need to make final edits.

Very truly yours,

/s/ Bennett M. Epstein

Application GRANTED. The Clerk of Court is directed to terminate Doc. #500. SO ORDERED.

*[signature]*

August 16, 2021